76,398-03

JAMAL MARTINEZ HANCOCK #1133210
899 F.M. 632 Connally Unit
Kenedy , Texas 78119

March 24,2015

MOTION DENIED
DATE: 4-13-15
BY: PC

ABEL ACOSTA
COURT OF CRIMINAL APPEALS CLERK
P.O.BOX 12308,Capitol Station
Austin , Texas 78711

RE: Tr. Ct. No.926994-B ; WR-76,398-03 NOTICE OF APPEAL AND MOTION
    FOR EXTENSION TO FILE APPEAL.

Dear Clerk,

Please find enclosed Applicant's Notice of Appeal and Motion for
for Extension of time to file Appeal,could you please bring these
to the attention of the court promptly.

   Also enclosed is a self addressed stamped envelope,could you
please date stamp this letter and return it to me,so that I will
know that you have in all things received and filed the foregoing
with the Court of Criminal Appeals.

   I want to thank you in advance for your time and help in this
matter.

Respectfully submitted,

JAMAL MARTINEZ HANCOCK

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 27 2015
Abel Acosta, Clerk

CAUSE NO. 926994-B

| EX PARTE | § | IN THE 179TH DISTRICT |
|---|---|---|
| JAMAL MARTINEZ HANCOCK, | § | COURT OF |
| Applicant (Pro se) | § | HARRIS COUNTY , TEXAS |

## NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

TO THE HONORABLE COURT OF CRIMINAL APPEALS :

COMES NOW , Applicant Jamal Martinez Hancock (Pro se) , pursuant to Texas Rules of Appellate Procedure, Rule **25.2(c)** to give Notice of Appeal of this Court's denial of applicant's writ of habeas corpus in the above styled cause.

### MOTION FOR EXTENSION OF TIME

Pursuant to Tex.R.App.Proc.,Rule **10.5(b)**,applicant respectfully request an Extension of Time to file appeal of this Court's denial of applicant's writ of habeas corpus in the above styled cause , and in support applicant will show the following :

I.

The reason for this requset is that on the day I received the court's notice of denial,which was March 17,2015,this institutional unit was on an institutional lockdown and ; now that it is over , today March 24,2015 is the first day I have been allowed full access to courts through the unit law library.

Applicant respectfully ask that he be granted (30)Thirty Days extension so that I may research,draft and file an intelligent appeal.

Respectfully Submitted,

Jamal Martinez Hancock
T.D.C.J.-ID#01133210